# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.   **CV 17-597-JFW(PJWx)**                                    Date: November 8, 2017

Title:   Luxottica Group S.p.A. -v- NSP Enterprises, Inc. a California Corporation dba ARCO AM PM, et al.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                              None Present
   Courtroom Deputy                            Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
         None                                           None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER OF DISMISSAL**

In the Joint Status Report re Settlement filed on November 7, 2017, Dkt. No. 36, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before November 28, 2017. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until November 28, 2017. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 1/14/15)